■ ELIZABETH QUINLAN et al., Respondents, v. WILLIAM ELLIS et al., Appellants.— Judgment unanimously modified, on the law and the facts, to the extent of reversing the judgment in favor of plaintiffs-respondents Fitzpatrick and Feeley, severing their actions and ordering a new trial as to said plaintiffs, with $50 costs to defendants-appellants, unless plaintiff Fitzpatrick stipulates to accept $3,000 and plaintiff Feeley stipulates to accept $500, in which event the judgment is modified, and as so modified, affirmed as to said plaintiffs, with $50 costs to defendants against said plaintiffs-respondents; and otherwise insofar as the judgment is in favor of plaintiff Quinlan, the judgment is affirmed, with $50 costs to plaintiff Quinlan against defendants. In our opinion, the damages awarded to plaintiffs, Fitzpatrick and Feeley, are excessive under the circumstances of this case. Settle order on notice. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

■ In the Matter of WILLIAM R. KLEIN.— Motion by petitioner for an order restoring his name to the roll of attorneys and counselors at law maintained by the Appellate Division of the Supreme Court, First Judicial Department, dismissed. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.